# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Sep 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v. )
BENJAMIN JOHN MARTIN )   Case No.  1:21-MJ-00092-EPG
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2, 2021, in the county of Madera in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9) | Possession of firearm in and affecting interstate or foreign commerce by person who has previously been convicted of misdemeanor crime of domestic violence. |
| | Maximum Penalties: |
| | Ten years imprisonment, $250,000 fine, three years supervised release, and $100 special assessment |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Connor Ledbetter*
Complainant's signature

Connor Ledbetter, FBI Special Agent
Printed name and title

Submitted to me by email and pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim P. 4(d) and 4.1.

Date: 09/08/2021

*Erica P. Grosjean*
Judge's signature

City and state: Fresno, California    Erica P. Grosjean, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>BENJAMIN JOHN MARTIN,<br><br>               Defendant. | CASE NO.<br><br>AFFIDAVIT OF FBI SPECIAL AGENT CONNOR LEDBETTER IN SUPPORT OF CRIMINAL COMPLAINT |

I, Connor L. Ledbetter, being first duly sworn, hereby depose and state as follows:

1. I am a Federal Bureau of Investigation ("FBI") Special Agent assigned to the Sacramento Division, Fresno Resident Agency. I am a graduate of the FBI Academy in Quantico, Virginia, and have been an FBI Special Agent since March 2020. I have received training in and have investigated various federal offenses, including firearms violations under Title 18, United States Code, Section 922. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7) who may investigate and make arrests for the federal offenses enumerated in Title 18, United States Code, Section 2516(1), including firearms violations under Title 18, United States Code, Section 922.

2. This Affidavit is made in support of a criminal complaint charging BENJAMIN JOHN MARTIN with violation of Title 18, United States Code, Section 922(g)(9), possession of firearm in and affecting interstate or foreign commerce by a person who has previously been convicted of a misdemeanor crime of domestic violence. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies that are involved in this case. This Affidavit is intended to show that there is sufficient probable cause to arrest MARTIN. It does not set forth all of my knowledge, or the knowledge of others, about this case.

3. On September 2, 2021, FBI agents arrested MARTIN on a criminal complaint for unrelated charges issued by the District Court for the District of Columbia. The agents also executed

federal search warrants at MARTIN's residence in Madera County, California, which is in the State and Eastern District of California.

4. Based on the FBI's surveillance of MARTIN's residence from April through August 2021, MARTIN lives at the residence with:

  a) C.G., who is MARTIN's girlfriend;

  b) B.F., who is an adult male that identifies MARTIN as his father on social media;

  c) E.M., who is MARTIN's adult daughter; and

  d) a minor child.

5. There was a firearm safe in the garage of the residence. The garage had three parking spots with no dividing walls. The safe was in the back area of the middle parking spot, which was the same spot where MARTIN usually parked the 2005 Buick that he drives. The Buick is registered to MARTIN's parents. There was also a recording studio in another part of the garage from which the safe was visible. I have reviewed online, podcast-styled videos created by MARTIN that appear to have been recorded in this same location.

6. The safe was secured by a manual, left-right-left style combination lock.

7. MARTIN provided the agents with the code for and detailed instructions on how to unlock the safe. He also told the agents that the safe contained firearms and that those firearms belonged to his father-in-law.

8. Several agents tried to open the safe, but they were unsuccessful. The agents then had the Madera County Sheriff's Office open the safe with force.

9. The safe contained, among other items:

  a) Four rifles;

  b) Two shotguns, including a Benelli 12-Gauge Shotgun that Bureau of Alcohol, Tobacco, and Firearms Special Agent Eric Penman, who has specialized training in the origin and manufacture of firearms, confirmed was manufactured outside of California;

  c) A Kimber 1911 Pistol that Special Agent Penman also confirmed was manufactured outside of California;

  d) An assault rifle;

2

       e)       An original and a copy of MARTIN's birth certificate;

       f)       MARTIN's United States passport;

       g)       MARTIN's 2014 tax records;

       h)       Title for a 2003 Chevy in MARTIN's name that is registered to him and was seen being driven by another unidentified adult male and parked at MARTIN's residence during the FBI's surveillance;

       i)       Dental bill in MARTIN's name dated February 2017;

       j)       Annual Renewal Notice for Costco membership in MARTIN's name dated May 2017;

       k)       Court documents for two cases in 1997 and 1998 in which MARTIN was a defendant and a plaintiff, respectively;

       l)       United States Passports for C.G. and K.G., who appears to be C.G.'s minor daughter based on the FBI's investigation; and

       m)       Birth certificate for B.F.

10.      According to law enforcement databases, the firearms found in the safe are not registered to anyone.

11.      The master bedroom of the residence appeared to be used by MARTIN because clothing that the FBI has observed him wearing along with other male clothing that matches his physical description was found in one of the bedroom's two closets. Female clothing was found in the other closet. The title for the 2005 Buick that MARTIN drives and a Madera County Department of Corrections Booking Form in his name were also found in a nightstand in the bedroom.

12.      Inside MARTIN's closet, agents found a Benelli firearm carrying case. The case was next to a firearm stock, which was not a completed firearm because it was missing the barrel and firing mechanism. Agents also found another firearm carrying case with a receipt for the Benelli 12-Gauge Shotgun that was found in the safe in the garage. The receipt listed the serial number for the shotgun and MARTIN's name, and showed that he purchased the shotgun in Fresno, California, in 2013.

13.      I reviewed MARTIN's criminal history. I determined that he has December 2018 conviction in Fresno County Superior Court Case No. F18901304 for violation of California Penal Code Section 243(e)(1), which provides: "When a battery is committed against a spouse, a person with whom

3

the defendant is cohabiting, a person who is the parent of the defendant's child, former spouse, fiancé, or fiancée, or a person with whom the defendant currently has, or has previously had, a dating or engagement relationship, the battery is punishable by a fine not exceeding two thousand dollars ($2,000), or by imprisonment in a county jail for a period of not more than one year, or by both that fine and imprisonment." According to the police report and the FBI's investigation, the underlying incident involved Jane Doe, who was MARTIN's girlfriend at the time. Jane Doe and Martin had separate residences in Oregon and Fresno, respectively, but they consistently stayed with each other in one of the residences.

14. I reviewed Fresno County Superior Court records for MARTIN's Section 243(e)(1) conviction. I determined that, on or about December 21, 2018, MARTIN pleaded no contest to the charge and initialed and signed a Misdemeanor Advisement, Waiver of Rights, and Plea Form. Martin also signed a Prohibited Persons Relinquishment Form, which informed him that he was prohibited from owning, purchasing, receiving, possessing, or having under his custody or control any firearms because of his 243(e)(1) conviction and wherein he signed stating that he did not own, possess, or have under his custody or control any firearms.

15. On September 2, 2021, at approximately 10:08 p.m., after MARTIN was arrested and booked into the Fresno County Jail, he made a recorded jail call to C.G. C.G. told MARTIN that she was back at his residence and that there was a list of the items the FBI had taken. MARTIN asked what items were taken and an unidentified male said that the FBI took the firearms. MARTIN asked why the FBI took the firearms because none of the firearms were illegal. C.G. replied that she did not know there were any.

16. On September 4, 2021, at approximately 9:00 p.m., which was after MARTIN had retained defense counsel and made his initial appearance in federal court, he made another recorded jail call to C.G. On the call, C.G. told MARTIN that his sister, who had obtained a temporary restraining order against him in or around May 2021 that prohibited from having any access to firearms, may have had something to do with this. MARTIN replied saying that is fine. That is your safe. That is your dad and your things. I did not have the combination. They know that I did not have the combination. They asked me and I could not give it to them and they had to break-in. I did not even know what was in

4

there because they are not mine.

17. I submit that the above-mentioned facts establish probable cause to believe that, on or about September 2, 2021, in the State and Eastern District of California, MARTIN possessed firearms in violation of Title 18, United States Code, Section 922(g)(9), to wit: a Benelli 12-Gauage Shotgun and a Kimber 1911 Pistol. I request that an arrest warrant be issued for him for this violation.

I swear under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*Connor Ledbetter*
Connor Ledbetter
FBI Special Agent

Reviewed and approved as to form:

<u>/s/ Joseph Barton</u>
JOSEPH BARTON
Assistant United States Attorney

Affidavit submitted by email and pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim P. 4(d) and 4.1 before me this eighth day of September 2021:

*Erica P. Grosjean*
Honorable Erica P. Grosjean
United States Magistrate Judge

5